# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, as subrogee of ALION SCIENCE AND TECHNOLOGY CORPORATION<br><br>                    Plaintiff,<br><br>    v.<br><br>ETS-LINDGREN, INC., formerly known as EMC TEST SYSTEMS, L.P.<br><br>                    Defendant. | Civil Action No. 2:13-cv-01732-NS<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and among the Plaintiff, ACE American Insurance Company, as subrogee of Alion Science and Technology Corporation, and Defendant, ETS-Lindgren, Inc., that Plaintiff's claims may be dismissed with prejudice, each party to waive their right of appeal and bear their own costs.

| | |
|---|---|
| COZEN O'CONNOR | RAWLE & HENDERSON, LLP |
| BY:  */s/ William E. Gericke*<br>     WILLIAM E. GERICKE, ESQUIRE<br>     1900 Market Street<br>     Philadelphia, PA  19103<br>     (215) 665-2000 (Telephone)<br>     (215) 701-2146 (Facsimile)<br>     wgericke@cozen.com | BY:  */s/ Valerie Kellner*<br>     VALERIE KELLNER, ESQUIRE<br>     One South Penn Square<br>     Philadelphia, PA  19107<br>     (215) 575-4292 (Telephone)<br>     (215) 563-2583 (Facsimile)<br>     vkellner@rawle.com |
| *Attorneys for Plaintiff,*<br>*Ace American Insurance Company* | *Attorneys for Defendant,*<br>*ETS-Lindgren, Inc.* |