IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE CO. | : | CIVIL ACTION |
| v. | : | |
| ETS-LINDGREN, INC. | : | NO. 13-1732 |

**O R D E R**

AND NOW, this 6th day of May, 2014, this matter having been referred to me by the Honorable Norma L. Shapiro for settlement discussions, it is hereby **ORDERED** that:

I will hold a **settlement conference** on **June 3, 2014 at 2:00 p.m.** in Courtroom 7 (Court of Appeals Courtroom), Robert N.C. Nix Building, **900 Market Street,** Philadelphia, PA 19107.   Counsel, clients and an insurance representative (if applicable) with full settlement authority **must** be present during the June 3, 2014 settlement conference.   Participation by telephone is not permitted without prior Court approval and will only be approved in exceptional circumstances.   All participants are to report to the call box for M. Faith Angell on the second floor, before going to Courtroom 7.

Should the parties want a different settlement conference date, they are directed to contact my chambers with jointly proposed alternative dates.

BY THE COURT:

 S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

By e-mail to:    the Honorable Norma L. Shapiro
William E. Gericke, Esq.    wgericke@cozen.com
Erick V. Violago, Esq.    eviolago@rawle.com
Thomas A. Kuzmick, Esq.    tkuzmick@rawle.com
Valerie Kellner, Esq.    vkellner@rawle.com